UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR.,<br><br>    Petitioner,<br><br>  v.<br><br>PAUL COPENHAVER,<br><br>    Respondent. | Case No. 1:14-cv-01456-BAM-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE OPPOSITION OR NOTICE OF NON-OPPOSITION TO PETITIONER'S MOTION TO AMEND THE PETITION WITHIN THIRTY (30) DAYS (DOC. 15)<br><br>ORDER SCHEDULING REPLY<br><br>**DEADLINE: THIRTY (30) DAYS AFTER SERVICE OF OPPOSITION**<br><br>ORDER SUSPENDING DEADLINE FOR PETITIONER'S FILING OF A TRAVERSE TO THE FIRST AMENDED ANSWER |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on October 1, 2014, and on behalf of Respondent on October 16, 2014. Pending

before the Court is Petitioner's motion to amend the petition (doc. 15), which was filed on December 1, 2014.  Respondent has not filed opposition or notice of non-opposition to the motion.

A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties.  <u>Landis v. North American Co.</u>, 299 U.S. 248, 254-255 (1936); <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Court has determined that in view of the lengthy history of Petitioner's attempts to add matters to the petition, input from Respondent would be helpful to put Petitioner's latest motion in the context of the entire proceeding and to achieve an informed disposition of the motion.

Accordingly, it is ORDERED that:

1) Respondent shall FILE either opposition or notice of non-opposition to Petitioner's motion to amend the petition no later than thirty (30) days after the date of service of this order; and

2)  Petitioner may FILE a reply to any opposition filed by Respondent no later than thirty (30) days after the date of service of any opposition on Petitioner; and

3) Pending further order of the Court, the deadline for Petitioner's filing of a traverse to the First Amended Answer filed on December 30, 2014, is SUSPENDED.

IT IS SO ORDERED.

Dated:   **January 6, 2015**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE