# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR FOURSTAR,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL COPENHAVER, WARDEN,<br><br>        Defendant. | No.  1:14-cv-01456-BAM   HC<br><br>**ORDER DENYING MOTIONS TO ALTER OR AMEND JUDGMENT UNDER F.R.Civ.P. 60**<br><br>**(Doc. 31)** |

    Petitioner, a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254,[1] moves to alter or amend, pursuant to F.R.Civ.P. 59, an unspecified judgment.  The motion references multiple actions, related and unrelated to the above-captioned case, without specifically identifying the actions referenced.  The motion is too vague and the assertions too confused to allow the Court to evaluate whether Petitioner possibly states any cognizable basis for relief.

    Further, no judgment has yet been entered in this action.  To the extent that Petitioner simply intends to restate the basis of his pending petition for writ of habeas corpus, the Court will address the petition in due course.

    The motion to alter or amend judgment is hereby DENIED.

IT IS SO ORDERED.

    Dated:   **September 1, 2015**          /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.