UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAUL COPENHAVER, Warden,<br><br>　　　　　Respondent. | No.  1:14-cv-01456-SKO  HC<br><br>**ORDER DIRECTING RESPONSE TO PETITIONER'S MOTION TO AMEND OR SUPPLEMENT PETITION FOR HABEAS CORPUS**<br><br>**(Doc. 34)** |

　　　　On November 11, 2015, Petitioner, a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 1456, filed his fifth motion to amend or supplement the petition in the above-captioned case.  To date, Respondent has not filed any response to the motion.  Respondent is hereby ORDERED to file, within 30 days of this order, (1) its response, if any, or (2) a statement of non-opposition.

　　　　In the event that Respondent files a response, Petitioner may file a reply within 21 days of its service upon him as indicated by the certificate of service.  The Court will then take the motion under submission.

IT IS SO ORDERED.

Dated:   **January 21, 2016**　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1