# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR., <br><br> Petitioner, <br><br> v. <br><br> PAUL COPENHAVER, Warden, <br><br> Respondent. | No. 1:14-cv-01456-SKO   HC <br><br> **ORDER DENYING MOTION** <br> **TO ALTER OR AMEND JUDGMENT** <br><br> **(Doc. 44)** |

Petitioner Victor Charles Fourstar, Jr., is a federal prisoner whose petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 was denied on June 30, 2016.[1] Petitioner moves, pursuant to F.R.Civ.P. 59(e), to alter or amend the judgment denying the petition to a dismissal without prejudice that will permit him to continue to pursue his claims. Petitioner contends the Supreme Court's recent decision in *Williams v. Pennsylvania*, 136 S.Ct. 1899 (2016), establishes a new basis for habeas relief.

The *Williams* holding has no application to the petition in the above-captioned matter, which addressed various disciplinary actions against Petitioner during his confinement. The issue addressed in *Williams* was whether recusal was required of a State Supreme Court judge who, while he was a District Attorney, had authorized bringing capital charges against Williams. Petitioner's argument is based on the Montana District Court proceedings that led to his

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1

conviction and sentencing to federal prison, not to any of the disciplinary proceedings addressed in this action.

Based on the foregoing, Petitioner's motion to alter or amend the judgment pursuant to F.R.Civ.P. 59(e) is hereby DENIED.

IT IS SO ORDERED.

Dated:   **July 26, 2016**                                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE